# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: TIMOTHY THOMS
    CASE NO: 08-26396-MDM

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056922 which replaces check # 1041928 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE



cc: file

1041928

4/15/2009

Twenty Eight Dollars and 50 Cents                                    28.50

    00093219                                             VOID VOID VOID
    EMC MORTGAGE CORPORATION
    P.O. BOX 660753                                       VOID VOID VOID

    LEWISVILLE,TX  75266-0753                             VOID VOID VOID

| Case No. Clm | Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|
| 08-26396-MD0050-0 | TIMOTHY THOMS | 3456 | 28.50 | | 28.50 |

